UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 09 2023
UNITED STATES DISTRICT JUDGE
MARTHA M. PACOLD

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20 CR 257 |
| v. | |
| AMBER L. PELTZER | Judge Martha M. Pacold |

## PLEA DECLARATION

1. The indictment in this case charges defendant with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g).

2. Defendant has read the charge against her contained in the indictment, and that charge has been explained to her by her attorneys.

3. Defendant understands the nature and elements of the crime with which she has been charged.

In pleading guilty, defendant admits the following facts which establishes her guilt beyond a reasonable doubt. On or about May 31, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, Defendant, knowing that she had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a Smith & Wesson, Model 659, 9mm pistol, bearing serial number TAK8102, which firearm had traveled in interstate commerce prior to defendant's possession of it.

At the time defendant possessed the firearm, she knew that that she had previously been convicted of a crime punishable by a term of imprisonment in excess of one year, namely armed robbery.

Defendant also acknowledges that the firearm she knowingly possessed on or about May 31, 2020, was manufactured in Massachusetts, outside of Illinois, and therefore traveled in interstate commerce prior to her possession of the firearm.

4. Defendant understands that, by pleading guilty, she will forfeiture to the United States all right, title, and interest that she has in the Smith & Wesson, Model 659, 9mm pistol, bearing serial number TAK8102, and associated ammunition and consents to the immediate entry of a preliminary order of forfeiture as to this specific property, thereby extinguishing any right, title, or interest defendant has in it.

_____
AMBER L. PELTZER
Defendant

_____
LISA WOOD
One of the Attorneys for Defendant